IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANUEL OLIVERA-PAGAN, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>MANATI MEDICAL CENTER, INC., *et al.*,<br><br>**Defendants**. | **Civil No.** 14-1553 (FAB) |

**JUDGMENT**

In accordance with the Order entered on November 21, 2014 (Docket No. 17), plaintiffs' claims against Dr. Hernan Fuentes-Figueroa and Ciales Primary Health Care Services, Inc. are **DISMISSED, with prejudice**. Plaintiffs' claims against Manati Medical Center, Inc. are **DISMISSED, without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 24, 2014.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE