```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| MANUEL OLIVERA-PAGAN, *et al.*, **Plaintiffs**, v. MANATI MEDICAL CENTER, INC., *et al.*, **Defendants**. | **Civil No.** 14-1553 (FAB) |

## AMENDED JUDGMENT

In accordance with the Orders entered on November 21, 2014 (Docket No. 17) and December 3, 2014 (Docket No. 20), plaintiffs' claims against Dr. Hernan Fuentes-Figueroa for medical services performed at Ciales Primary Health Care Services, Inc. and plaintiffs' claims against Ciales Primary Health Care Services, Inc. are **DISMISSED with prejudice**. Plaintiffs' claims against Manati Medical Center, Inc. are **DISMISSED without prejudice**. Plaintiffs' claims against Dr. Fuentes for medical services performed at Manati Medical Center, Inc. are **DISMISSED without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 3, 2014.

s/ Francisco A. Besosa<br>
FRANCISCO A. BESOSA<br>
UNITED STATES DISTRICT JUDGE