IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL OLIVERA-PAGAN, et als.

    Plaintiffs

v.

MANATÍ MEDICAL CENTER, INC., et als.

    Defendants.

CIVIL NO. 14-1553-FAB

Federal Tort Claims Act

### FEDERAL DEFENDANT'S MOTION TO ALTER AMENDED JUDGMENT

TO THE HONORABLE COURT:

COMES NOW the United States of America (Dr. Hernan Fuentes-Figueroa) referred to as "Federal Defendant") **without submitting to the jurisdiction of the Court**, through the undersigned attorneys, and set forth as follows:

The Federal Defendant moves this Court pursuant to Rule 59, Fed. R. Civ. P., to alter the Amended Judgment entered on December 12, 2014 (Docket No. 22) which dismissed without prejudice the pending civil action against Dr. Hernan Fuentes-Figueroa. For the arguments that follow in the Memorandum in Support of the Motion to Alter the Amended Judgment,

In San Juan, Puerto Rico this 9th day of January, 2015.

    ROSA EMILIA RODRIGUEZ VELEZ
    United States Attorney

    s/ *Agnes I. Cordero*
    Agnes I. Cordero
    Assistant United States Attorney
    USDC- PR# 126101
    Torre Chardon, Suite 1201
    350 Carlos Carlos E. Chardon Street
    Hato Rey, Puerto Rico 00918
    Tel. -787-766-5656/Fax: 787-766-6219
    Email- Agnes.Cordero@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY: that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

      s/ *Agnes I. Cordero*
      Agnes I. Cordero
      Assistant United States Attorney