# Formulario 480.6B

Form Rev. 08 09
Rep. 08 09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACION INFORMATIVA - INGRESOS SUJETOS A RETENCION
INFORMATIVE RETURN - INCOME SUBJECT TO WITHHOLDING

Uso Oficial - Official Use

AÑO CONTRIBUTIVO: / TAXABLE YEAR: **2009**

☐ Duplicado / Duplicate
☐ Enmendado: ( / / ) / Amended: ( / / )

Número de Serie

## INFORMACION DEL AGENTE RETENEDOR - WITHHOLDING AGENT'S INFORMATION

Número de Identificación Patronal - Employer Identification Number

Nombre - Name: Ciales Primary Health Care Services

Dirección - Address:
PO BOX 1427
CIALES PR 00638
CARR 149 KM 12.3
CIALES PR 00638

Código Postal - Zip Code

## INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Número de Seguro Social o Identificación Patronal - Social Security or Employer Identification Number

Nombre - Name: HERNAN G. FUENTES FIGUEROA

Dirección - Address:
PO BOX
MANATI, PR 00674

Código Postal - Zip Code

Número de Cuenta Bancaria - Bank Account Number

Número Control - Control Number: **0002148770**

| Clase de Ingreso - Type of Income | Cantidad Pagada - Amount Paid | Cantidad Retenida - Amount Withheld |
|---|---|---|
| 1. Pagos por Servicios Prestados por Individuos - Payments for Services Rendered by Individuals | 28,557.54 | 1,894.04 |
| 2. Pagos por Servicios Prestados por Corporaciones y Sociedades - Payments for Services Rendered by Corporations and Partnerships | 0.00 | 0.00 |
| 3. Pagos por Indemnización Judicial o Extrajudicial - Payments for Judicial or Extrajudicial Indemnification | 0.00 | 0.00 |
| 4. Dividendos - Dividends | 0.00 | 0.00 |
| 5. Distribuciones de Sociedades - Partnership Distributions | 0.00 | 0.00 |
| 6. Intereses (excepto IRA y Cuenta de Aportación Educativa) - Interest (except IRA and Educational Contribution Account) | 0.00 | 0.00 |
| 7. Dividendos de Ingresos de Fomento Industrial (Ley 26 de 2 de junio de 1978) - Dividends from Industrial Development Income (Act 26 of June 2, 1978) | 0.00 | 0.00 |
| 8. Dividendos de Ingresos de Fomento Industrial (Ley 8 de 24 de enero de 1987) - Dividends from Industrial Development Income (Act 8 of January 24, 1987) | 0.00 | 0.00 |
| 9. Otros Pagos - Other Payments | 0.00 | 0.00 |

FECHA DE RADICACION: 28 DE FEBRERO, VEA INSTRUCCIONES AL DORSO - FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS ON BACK
ORIGINAL PARA EL NEGOCIADO DE PROCESAMIENTO DE PLANILLAS - ORIGINAL FOR THE RETURNS PROCESSING BUREAU
REPRODUCIDO POR - REPRODUCED BY: INFOMEDIKA INC

---

## INSTRUCCIONES

### Declaración Informativa - Ingresos Sujetos a Retención

Prepare el Formulario 480.6B para cada persona, natural o jurídica, a quien le retuvo contribución en el origen con respecto a pagos por Servicios Prestados (incluyendo aquéllos mayores de $1,500 que están sujetos a un relevo total de retención), Indemnización Judicial o Extrajudicial, Dividendos, Distribuciones de Sociedades, Intereses y Dividendos de Ingresos de Fomento Industrial (Ley 26 de 2 de junio de 1978 o Ley 8 de 24 de enero de 1987). Además, se informarán otros pagos sujetos a retención no contemplados bajo las clases de ingresos antes mencionadas.

Los intereses pagados a una Cuenta de Retiro Individual (IRA) o una Cuenta de Aportación Educativa deberán ser informados en el Formulario 480.7 ó 480.7B, respectivamente.

La declaración deberá entregarse a la persona natural o jurídica, y rendirse al Departamento de Hacienda no más tarde del 28 de febrero del año siguiente al año natural para el cual se efectuó la retención. El original de la declaración deberá ser enviado al: DEPARTAMENTO DE HACIENDA PO BOX 9022501 SAN JUAN PR 00902-2501. En el caso que la copia original se envíe en medio magnético o electrónicamente, no envíe la copia original en papel.

## INSTRUCTIONS

### Informative Return - Income Subject to Withholding

Prepare Form 480.6B for each person, natural or juridical, from whom you withheld tax at source for payments for Services Rendered (including those over $1,500 subject to a total waiver from withholding), Judicial or Extrajudicial Indemnification, Dividends, Partnership Distributions, Interest and Dividends from Industrial Development Income (Act 26 of June 2, 1978 or Act 8 of January 24, 1987). Also, it must be prepared for other payments subject to withholding not considered under the above mentioned types of income.

Interest paid to an Individual Retirement Account (IRA) or an Educational Contribution Account must be informed on Form 480.7 or 480.7B, respectively.

The return must be given to each natural or juridical person, and filed with the Department of the Treasury not later than February 28 of the year following the calendar year for which the withholding was made. The original of this return must be sent to: DEPARTMENT OF THE TREASURY PO BOX 9022501 SAN JUAN PR 00902-2501. In the case that the original copy is sent through magnetic media or electronically, do not send the original paper copy.

| Formulario 480.6B | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO Departamento de Hacienda - Department of the Treasury DECLARACION INFORMATIVA - INGRESOS SUJETOS A RETENCION INFORMATIVE RETURN - INCOME SUBJECT TO WITHHOLDING | Uso Oficial - Official Use |
| --- | --- | --- |
| Form Rev. 03.10 | | |
| AÑO CONTRIBUTIVO: TAXABLE YEAR: 2010 | ☐ Duplicado / Duplicate  ☐ Enmendado: ( / / ) / Amended: ( / / ) | Número de Serie |

| INFORMACION DEL AGENTE RETENEDOR - WITHHOLDING AGENT'S INFORMATION | Clase de Ingreso - Type of Income | Cantidad Pagada - Amount Paid | Cantidad Retenida - Amount Withheld |
| --- | --- | --- | --- |
| Número de Identificación Patronal - Employer Identification Number | 1. Pagos por Servicios Prestados por Individuos Payments for Services Rendered by Individuals | 23,365.26 | 1,530.59 |
| Nombre - Name Ciales Primary Health Services Inc. | 2. Pagos por Servicios Prestados por Corporaciones y Sociedades - Payments for Services Rendered by Corporations and Partnerships | 0.00 | 0.00 |
| Dirección - Address PO BOX 1427 CIALES PR 00638 CARR 149 KM 12.3 CIALES PR 00638 | 3. Pagos por Indemnización Judicial o Extrajudicial Payments for Judicial or Extrajudicial Indemnification | 0.00 | 0.00 |
| | 4. Dividendos - Dividends | 0.00 | 0.00 |
| Código Postal - Zip Code | | | |
| INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | 5. Distribuciones de Sociedades - Partnership Distributions | 0.00 | 0.00 |
| Número de Seguro Social o Identificación Patronal - Social Security or Employer Identification Number | 6. Intereses bajo la Sección 1022(b)(34) (excepto IRA y Cuenta de Aportación Educativa) - Interest under Section 1022(b)(34) (except IRA and Educational Contribution Account) | 0.00 | 0.00 |
| Nombre - Name HERNAN G. FUENTES FIGUEROA | 7. Intereses bajo la Sección 1022(b)(53) Interest under Section 1022(b)(53) | 0.00 | 0.00 |
| Dirección - Address PO BOX ⬤ MANATI, PR 00674 | 8. Dividendos de Ingresos de Fomento Industrial (Ley 26 de 2 de junio de 1978) - Dividends from Industrial Development Income (Act 26 of June 2, 1978) | 0.00 | 0.00 |
| Código Postal - Zip Code | 9. Dividendos de Ingresos de Fomento Industrial (Ley 8 de 24 de enero de 1987) - Dividends from Industrial Development Income (Act 8 of January 24, 1987) | 0.00 | 0.00 |
| Número de Cuenta Bancaria - Bank Account Number | | | |
| Número Control - Control Number 103783958 | 10. Otros Pagos - Other Payments | 0.00 | 0.00 |

FECHA DE RADICACION: 28 DE FEBRERO, VEA INSTRUCCIONES AL DORSO - FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS ON BACK
DUPLICADO PARA EL AGENTE RETENEDOR - DUPLICATE FOR THE WITHHOLDING AGENT'S RECORD

REPRODUCIDO POR / REPRODUCED BY: INFOMEDIKA, INC.

## INSTRUCCIONES

### Declaración Informativa - Ingresos Sujetos a Retención

Prepare el Formulario 480.6B para cada persona, natural o jurídica, a quien le retuvo contribución en el origen con respecto a pagos por Servicios Prestados (incluyendo aquéllos mayores de $1,500 que están sujetos a un relevo total de retención), Indemnización Judicial o Extrajudicial, Dividendos, Distribuciones de Sociedades, Intereses bajo las Secciones 1022(b)(34) (intereses pagados o acreditados sobre depósitos en cuentas de instituciones bancarias radicadas en Puerto Rico) y 1022(b)(53) (Intereses elegibles pagados o acreditados sobre bonos, pagarés u otras obligaciones emitidas por ciertas entidades) del Código y Dividendos de Ingresos de Fomento Industrial (Ley 26 de 2 de junio de 1978 o Ley 8 de 24 de enero de 1997). Además, se informarán otros pagos sujetos a retención no contemplados bajo las clases de ingresos antes mencionadas.

Los intereses pagados a una Cuenta de Retiro Individual (IRA) o una Cuenta de Aportación Educativa deberán ser informados en el Formulario 480.7 ó 480.7B, respectivamente.

La declaración deberá entregarse a la persona natural o jurídica, y rendirse al Departamento de Hacienda no más tarde del 28 de febrero del año siguiente al año natural para el cual se efectuó la retención. El original de la declaración deberá ser enviado al: DEPARTAMENTO DE HACIENDA PO BOX 9022501 SAN JUAN PR 00902-2501. En el caso que la copia original se envíe en medio magnético o electrónicamente, no envíe la copia original en papel.

## INSTRUCTIONS

### Informative Return - Income Subject to Withholding

Prepare Form 480.6B for each person, natural or juridical, from whom you withheld tax at source for payments for Services Rendered (including those over $1,500 subject to a total waiver from withholding), Judicial or Extrajudicial Indemnification, Dividends, Partnership Distributions, Interest under Sections 1022(b)(34) (interest paid or credited on deposit accounts from bank institutions located in Puerto Rico) and 1022(b)(53) (eligible interest paid or credited on bonds, notes or other obligations issued by certain entities) of the Code and Dividends from Industrial Development Income (Act 26 of June 2, 1978 or Act 8 of January 24, 1987). Also, it must be prepared for other payments subject to withholding not considered under the above mentioned types of income.

Interest paid to an Individual Retirement Account (IRA) or an Educational Contribution Account must be informed on Form 480.7 or 480.7B, respectively.

The return must be given to each natural or juridical person, and filed with the Department of the Treasury not later than February 28 of the year following the calendar year for which the withholding was made. The original of this return must be sent to: DEPARTMENT OF THE TREASURY PO BOX 9022501 SAN JUAN PR 00902-2501. In the case that the original copy is sent through magnetic media or electronically, do not send the original paper copy.